

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00156-CR

SHAWN SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13-F-106-102

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the court reporter's record in this case indicates that such record contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The court reporter's record includes the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record contains sensitive data, we order the Clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed reporter's record, including all exhibits and DVD's, in this case.

IT IS SO ORDERED.

BY THE COURT

Date: April 27, 2015